IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02327-BNB

JUSTIN CANTERBURY,

    Plaintiff,

v.

SHERIFF JAMES BIECKER,
DOCTOR ROY HAVENS, and
HEAD NURSE CATHY MASTEAS,

    Defendants.

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Justin Canterbury, an inmate at the Fremont County Detention Center, initiated this action by filing *pro se* a letter (ECF No. 1) to the court in which he stated that he is seeking relief claiming that he is being denied proper medical treatment. On September 9, 2013, the court entered an order directing Mr. Canterbury to cure certain deficiencies if he wished to pursue his claims in this action (ECF No. 3). More specifically, the court ordered Mr. Canterbury to file a Prisoner Complaint on the proper form and either to pay the administrative and filing fees necessary to commence a civil action or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to submit in support of the 28 U.S.C. § 1915 motion a certified copy of his inmate trust fund account statement for the 6-month period immediately preceding the filing of this action. On September 13, 2013, Mr. Canterbury filed on the proper form a Prisoner Complaint (ECF No. 4). Mr. Canterbury, however, has failed to cure all of the deficiencies because he did not file a Prisoner's Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and did not submit a certified copy of his inmate trust fund account statement.

If Mr. Canterbury wishes to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action, he is ordered to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and to submit a certified copy of his prisoner's trust fund account statement for the 6-month period immediately preceding the filing of this action and a signed authorization to calculate and disburse filing fee payments Alternatively, Mr. Canterbury may opt to pay administrative and filing fees totaling $400.00.  Accordingly, it is

ORDERED that Mr. Canterbury cure the deficiency in this action by filing **within thirty (30) days from the date of this order** a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  It is

FURTHER ORDERED that Mr. Canterbury shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Canterbury fails to cure the deficiency within the time allowed, the action will be dismissed without further notice.

DATED October 15, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge