IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02327-BNB

JUSTIN CANTERBURY,

    Plaintiff,

v.

SHERIFF JAMES BIECKER,
DOCTOR ROY HAVENS, and
HEAD NURSE CATHY MASTEAS,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Justin Canterbury, was an inmate at the Fremont County Detention Center when he initiated this action by filing *pro se* a Prisoner Complaint.

    On November 14, 2013, Magistrate Judge Boyd N. Boland reviewed the Complaint and determined that it was deficient because it failed to comply with Rule 8 of the Federal Rules of Civil Procedure and failed to allege the personal participation of the Defendants in a deprivation of his constitutional rights.  Accordingly, Magistrate Judge Boland directed Mr. Canterbury to file an amended complaint within thirty days of the November 14 Order and warned Plaintiff that failure to comply would result in dismissal of the action without further notice.  On November 19, 2013, Mr. Canterbury filed a Notice of Change of Address and informed the Court that he would be released from the Fremont County Detention Center on November 26, 2013.  Mr. Canterbury did not file an amended complaint by the court-ordered deadline.

    Mr. Canterbury has failed to comply with the directives of the November 14 Order

and has failed to communicate with the Court in any way since November 19, 2013. Therefore, the Prisoner Complaint and the action will be dismissed without prejudice for Plaintiff's failure to comply with the requirements of Rule 8 of the Federal Rules of Civil Procedure; failure to comply with the November 14 Order within the time allowed; and failure to prosecute.

Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Justin Canterbury, within the time allowed, to comply with the November 14, 2013 order to file an amended complaint that complied with Rule 8 of the Federal Rules of Civil Procedure, and for his failure to prosecute. It is

FURTHER ORDERED *in forma pauperis* status will be denied for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED at Denver, Colorado, this  3rd  day of    January         , 2014.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court